

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DALE EVAN SLAPE, | § | No. 08-21-00166-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| WAL-MART STORES TEXAS, LLC AND WAL-MART STORE, INC., | § | of El Paso County, Texas |
| | § | (TC# 2020-DCV-1388) |
| Appellees. | § | |
| | § | |

# O R D E R

The Court GRANTS the Appellees' third motion for extension of time within which to file the brief until **May 12, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Arthur R. Piacenti, the Appellees' attorney, prepare the Appellees' brief and forward the same to this Court on or before May 12, 2022.

IT IS SO ORDERED this 11th day of April, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.